IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**LOEB BROS. REALTY, L.P.**                                          **PLAINTIFFS**

**V.**                                                                          **NO: 3:20CV193-M-V**

**PARKWAY EXCHANGE, LLC., and**                            **DEFENDANT**
**AMY CHATHAM**

### ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**IT IS HEREBY ORDERED,** this, the 1st day of July, 2020.

                                                                    **/s/** Michael P. Mills
                                                                     **UNITED STATES DISTRICT JUDGE**
                                                                     **NORTHERN DISTRICT OF MISSISSIPPI**