IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LOEB BROS. REALTY, L.P.                                                                 PLAINTIFF

V.                                                              Civil Action No. 3:20-cv-193-GHD-JMV

PARKWAY EXCHANGE, LLC, and
AMY CHATHAM, Individually                                                            DEFENDANTS

## **ORDER**

Having examined the foregoing Joint Stipulation of Dismissal with Prejudice [58] of Plaintiff Loeb Bros. Realty, L.P.'s claims in the above-captioned matter filed by the parties seeking the dismissal of the Plaintiff's claims with prejudice, the Court finds that the agreed-upon Stipulation Should be GRANTED.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and each party shall bear its own fees and costs.

SO ORDERED, this, the 15th day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE